UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL ANN AMICO,

       Plaintiff,                         Civil Action No. 12-cv-13509
                                          HON. BERNARD A. FRIEDMAN
vs.                                          MAG. JUDGE R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

       This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R&R") dated January 4, 2013 [docket entry 10].  Neither party has filed any objections to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

       The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusion in recommending the dismissal of this action on the ground that plaintiff seeks to voluntarily withdraw her complaint.  Accordingly,

       IT IS ORDERED that Magistrate Judge R. Steven Whalen's R&R dated January 4, 2013, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that the complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Amico v. Commissioner (12-cv-13509)

Dated: 1/25/2013                    s/ Bernard A. Friedman
                                    BERNARD A. FRIEDMAN
                                    SENIOR UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on January 25, 2013 electronically or by U.S. mail.


                                    s/Michael Williams
                                    Relief Case Manager for the Honorable Bernard A. Friedman.