UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL ANN AMICO,

       Plaintiff,                  Civil Action No. 12-cv-13509
                                       HON. BERNARD A. FRIEDMAN
vs.                                    MAG. JUDGE R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **J U D G M E N T**

The Court has issued an opinion and order dismissing the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.

                                                                   DAVID J. WEAVER
                                                                     CLERK OF COURT

                                                             By: s/Michael Williams
                                                                  Deputy Clerk

January 25   , 2013

Approved: s/ Bernard A. Friedman
          BERNARD A. FRIEDMAN
          SENIOR UNITED STATES DISTRICT JUDGE